# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HARVEY BROOKS,** | ) | **NO. CV 15-5650 JVS-KS** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **JOE LIZARRAGA,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 09, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE